UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TODDRICK D. WILLIAMS,

    Petitioner/Defendant,

v.                                      Case No. 5:11-cv-111-Oc-10TBS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This matter is before the Court sua sponte. On February 13, 2012, the District Judge noticed a hearing on the Petitioner, Toddrick D. Williams' petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 18) That hearing is scheduled for April 10, 2012 at 10:00 a.m. in Ocala, Florida. (Id.) In the Order, the District Judge (a) took notice that the Petitioner was represented by counsel appointed under the Criminal Justice Act in the underlying criminal prosecution (Criminal Case No. 8:04-cr-92-JDW-TBM), and (b) directed the undersigned to appoint counsel to represent the Petitioner in this case. (Id.) Upon consideration of the foregoing, the undersigned hereby APPOINTS attorney, Daniel F. Daly to represent the Petitioner for all purposes in this action including the hearing now scheduled for April 10, 2012.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 15, 2012

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    The Honorable Wm. Terrell Hodges
    United States District Judge

    All Counsel of Record

    Daniel F. Daly, Esq.
    20 West University Avenue, # 204
    Gainesville, FL 32601


    All Counsel of Record